# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of | : | No. 2132 Disciplinary Docket No. 3 |
| | : | |
| GEOFFREY L. STEIERT | : | Board File No. C1-14-1125 |
| | : | |
| | : | (Supreme Court of New Jersey, D-139 |
| | : | September Term 2013) |
| | : | |
| | : | Attorney Registration No. 34070 |
| | : | (Out of State) |

## O R D E R

**PER CURIAM:**

AND NOW, this 18th day of May, 2015, Geoffrey L. Steiert, having been suspended from the practice of law for a period of six months by the attached Order of the Supreme Court of New Jersey filed December 10, 2014; the said Geoffrey L. Steiert having been directed on February 11, 2015, to inform this Court of any claim he has that the imposition of the identical or comparable discipline in this Commonwealth would be unwarranted and the reasons therefor; and no response having been filed, it is

ORDERED that Geoffrey L. Steiert is suspended from the practice of law in this Commonwealth for a period of six months and he shall comply with all the provisions of Pa.R.D.E. 217.